No. 97–5513. HARBISON *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–5516. MULTANI *v.* NEWSWEEK, INC., ET AL. Ct. App. N. Y. Certiorari denied. 

No. 97–5519. MCSMITH *v.* TAVARES. Ct. App. Ga. Certiorari denied.

No. 97–5530. LAMBERT *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 97–5534. TRIPLETT *v.* SHEAHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–5537. BROWN *v.* GRIFFIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5542. FEELY *v.* D'ORANGE. C. A. 2d Cir. Certiorari denied.

No. 97–5548. WARREN *v.* KUYKENDALL ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5551. JONES *v.* WENDEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5552. SLAGLE *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 97–5556. BARBER *v.* THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–5559. FAIN *v.* KERNS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5564. HAYES *v.* BESSINGER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5573. TAYLOR *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5574. TAYLOR *v.* BOX, MAYOR OF THE CITY OF ROCKFORD, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.